An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

G & P INVESTMENT ENTERPRISES, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Appellant,
vs.
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A DELAWARE CORPORATION; AND NATIONSTAR MORTGAGE, LLC, A DELAWARE LIMITED LIABILITY COMPANY,
Respondents.

No. 65695

**FILED**

SEP 0 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

When our preliminary review of the docketing statement and the NRAP 3(g) documents submitted to this court revealed a potential jurisdictional defect, we ordered appellant to show cause why this appeal should not be dismissed. Specifically, it appeared that no statute or rule authorized an appeal from the challenged district court order, which granted a motion to expunge a lis pendens.

In its timely response to our show cause order, appellant contends that this order is appealable as a special order entered after final judgment. *See* NRAP 3A(b)(8). Having considered appellant's response, we remain unconvinced that jurisdiction over this appeal is proper. In order to be appealable under NRAP 3A(b)(8), the order must affect "the rights of some party to the action, growing out of the judgment previously entered." *Gumm v. Mainor*, 118 Nev. 912, 920, 59 P.3d 1220, 1225 (2002). Here, the order expunging appellant's lis pendens does not fall within this

14-29497

framework, as the order leaves intact the previous judgment and the parties' respective rights adjudicated therein. Accordingly, we conclude that we lack jurisdiction and thus

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:     Hon. Kathleen E. Delaney, District Judge
        Greene Infuso, LLP
        Akerman LLP/Las Vegas
        Eighth District Court Clerk